Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-356

**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** RANGO DUKE

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 10, 2016
**Nation of 1st Publication:** Kazakhstan

## Author

- **Author:** Nikita Korenkov
  **Author Created:** 2-D artwork
  **Citizen of:** Kazakhstan

## Copyright Claimant

**Copyright Claimant:** Nikita Korenkov
Dosmukhomedov str., house 56, apt. 11, Almaty, 050012, Kazakhstan

## Rights and Permissions

**Name:** Nikita Korenkov
**Email:** nikita.korenkov.art@gmail.com
**Address:** Dosmukhomedov str.
house 56, apt. 11
Almaty 050012 Kazakhstan

## Certification

**Name:** David Denholm
**Date:** February 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-445-354**

**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

## Title

    **Title of Work:** Husky Rudolph

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** October 31, 2017
    **Nation of 1st Publication:** Kazakhstan

## Author

-     **Author:** Nikita Korenkov
    **Author Created:** 2-D artwork
    **Citizen of:** Kazakhstan

## Copyright Claimant

    **Copyright Claimant:** Nikita Korenkov
    Dosmukhomedov str., house 56, apt. 11, Almaty, 050012, Kazakhstan

## Rights and Permissions

    **Name:** Nikita Korenkov
    **Email:** nikita.korenkov.art@gmail.com
    **Address:** Dosmukhomedov str.
    house 56, apt. 11
    Almaty 050012 Kazakhstan

## Certification

    **Name:** David Denholm
    **Date:** February 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-445-358**
**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Octopus Pineapple |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | July 21, 2019 |
| **Nation of 1st Publication:** | Kazakhstan |

## Author

- | | |
  |---|---|
  | **Author:** | Nikita Korenkov |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | Kazakhstan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikita Korenkov |
| | Dosmukhomedov str., house 56, apt. 11, Almaty, 050012, Kazakhstan |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikita Korenkov |
| **Email:** | nikita.korenkov.art@gmail.com |
| **Address:** | Dosmukhomedov str. |
| | house 56, apt. 11 |
| | Almaty 050012 Kazakhstan |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 04, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-445-360**

**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

## Title

| | |
|---|---|
| Title of Work: | Octopus banana black & white |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | July 10, 2019 |
| Nation of 1st Publication: | Kazakhstan |

## Author

- | | |
  |---|---|
  | Author: | Nikita Korenkov |
  | Author Created: | 2-D artwork |
  | Citizen of: | Kazakhstan |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Nikita Korenkov |
| | Dosmukhomedov str., house 56, apt. 11, Almaty, 050012, Kazakhstan |

## Rights and Permissions

| | |
|---|---|
| Name: | Nikita Korenkov |
| Email: | nikita.korenkov.art@gmail.com |
| Address: | Dosmukhomedov str. |
| | house 56, apt. 11 |
| | Almaty 050012 Kazakhstan |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | February 04, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-363

**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

---

## Title

    **Title of Work:** OCTOPUS DALI

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** June 06, 2016
    **Nation of 1st Publication:** Kazakhstan

## Author

-     **Author:** Nikita Korenkov
      **Author Created:** 2-D artwork
      **Citizen of:** Kazakhstan

## Copyright Claimant

    **Copyright Claimant:** Nikita Korenkov
    Dosmukhomedov str., house 56, apt. 11, Almaty, 050012, Kazakhstan

## Rights and Permissions

    **Name:** Nikita Korenkov
    **Email:** nikita.korenkov.art@gmail.com
    **Address:** Dosmukhomedov str.
    house 56, apt. 11
    Almaty 050012 Kazakhstan

## Certification

    **Name:** David Denholm
    **Date:** February 04, 2025

